PEOPLE v. SAIN

Appeal from Recorder's Court of Detroit, Robert E. DeMascio, J. Submitted Division 1 April 13, 1971, at Lansing. (Docket No. 9377.) Decided May 25, 1971. Leave to appeal denied, 386 Mich 753.

Sylvester Sain was convicted of armed robbery. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Thomas P. Smith,* Assistant Prosecuting Attorney, for the people.

*Lee Deschamps,* for defendant on appeal.

Before: DANHOF, P. J., and McGREGOR and QUINN, JJ.

PER CURIAM. Defendant was convicted by a Recorder's Court jury of armed robbery, contrary to MCLA § 750.529 (Stat Ann 1971 Cum Supp § 28-.797). He appealed as of right. The people now move to affirm the conviction. GCR 1963, 817.5(3).

Defendant's brief on appeal raises four issues relating to the trial court's allowing the indorsement on the information of the name of defendant's accomplice on the first day of trial. It is manifest that

the questions presented, on which decision of the cause depends, are so unsubstantial as to need no argument or formal submission.   MCLA § 767.40 (Stat Ann 1971 Cum Supp § 28.980) does not apply to accomplices.   *People* v. *Everett* (1970), 27 Mich App 120.   In addition, it cannot be said that defendant was prejudiced because he was surprised by the late indorsement due to the fact that the accomplice testified for the prosecution and against defendant and his codefendant during their separate preliminary examinations.   Defendant should have prepared for trial with the possibility in mind that the accomplice would be called by the people at trial.

Motion to affirm is granted.